# Fifth District Court of Appeal
## State of Florida

———————————————

Case No. 5D2024-2105
LT Case No. 2024-DR-030646

———————————————

Gregory H. Plagmann,

Appellant,

v.

Harlan Lee Plagmann,

Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
James H. Earp, Judge.

Gregory H. Plagmann, Cocoa, pro se.

Curtis N. Flajole, of Curtis N. Flajole, P.A., Rockledge, for Appellee.

December 2, 2025

Per Curiam.

AFFIRMED.

Makar, Lambert, and Soud, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____